**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No:  13-26507  RBR  Judge: Raymond B. Ray | Trustee Name:  Scott N. Brown, Trustee |
| Case Name:  THOMPSON, MICHAEL A. | Date Filed (f) or Converted (c):  07/12/13 (f) |
| | 341(a) Meeting Date:  10/10/13 |
| For Period Ending:  06/30/14 | Claims Bar Date:  09/19/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1822 SW 163 Ave Miramar, FL 33927 | 247,560.00 | 0.00 | | 0.00 | FA |
| Exempt on Amended Schedule C (ECF 68) | | | | | |
| 2. 1500 E. Commercial Blvd. Fort Lauderdale, FL 33334 | 0.00 | Unknown | | 0.00 | Unknown |
| 3. Bank of America Checking Account #1247 | 3,193.00 | Unknown | | 0.00 | Unknown |
| Changed Value on Amended Schedule B 03/31/14 (ECF 68) | | | | | |
| 4. Bed-10 years old-$50 2 Night Stands-10 years old-$ | 1,955.00 | Unknown | | 0.00 | Unknown |
| 5. Clothing | 0.00 | Unknown | | 0.00 | Unknown |
| 6. Wedding Ring- 14 years old | 200.00 | Unknown | | 0.00 | Unknown |
| 7. Table Saw-8 years old | 50.00 | Unknown | | 0.00 | Unknown |
| 8. Socket and Wrench Set-10 years old | 10.00 | Unknown | | 0.00 | Unknown |
| 9. Term Life Insurance - Prudential Insurance | 500,000.00 | Unknown | | 0.00 | Unknown |
| 10. IRA - Equitable | 4,000.00 | Unknown | | 0.00 | Unknown |
| 11. Trelawny Holdings, LLC | 0.00 | Unknown | | 0.00 | Unknown |
| 12. Imperial Holdings Of Fort Lauderdale LLC | 0.00 | Unknown | | 0.00 | Unknown |
| 13. American Classic Cleaners LLC - Business Inactive | 0.00 | Unknown | | 0.00 | Unknown |
| 14. American Classic Cleaners II, LLC - Business Inact | 0.00 | Unknown | | 0.00 | Unknown |
| 15. American Funds IRA- Account #8708 (u) | 24,792.53 | Unknown | | 0.00 | Unknown |
| Added on Amended Schedule B  03/31/14 (ECF 68) | | | | | |
| TOTALS (Excluding Unknown Values) | $781,760.53 | $0.00 | | $0.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 18.00a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 13-26507    RBR    Judge: Raymond B. Ray | Trustee Name: Scott N. Brown, Trustee |
| Case Name: | THOMPSON, MICHAEL A. | Date Filed (f) or Converted (c): 07/12/13 (f) |
| | | 341(a) Meeting Date: 10/10/13 |
| | | Claims Bar Date: 09/19/14 |

Trustee, through counsel, is investigating recovery opportunities.

Claims Bar Date - 9/19/14.

Debtor is principal of corporate entity in bankruptcy - Case No. 11-43988-BKC-JKO

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 12/31/14

LFORM1        Ver: 18.00a